UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISIDRO RAVELO FUENTES, et al.,

Plaintiffs,

v.

DISCOUNT MARINE SUPPLIES, LLC, et al.,

Defendants.

C17-1693 TSZ

ORDER

The parties' joint motion, docket no. 5, for approval of a settlement of plaintiffs' claims, brought under the Fair Labor Standards Act of 1938 ("FLSA"), Washington's Minimum Wage Act ("WMWA"), Seattle's minimum wage ordinance, and Washington common law regarding contracts, is GRANTED. The terms and conditions of the parties' Settlement Agreement and Release of All Claims dated January 29, 2018, *see* Appendix A to Joint Motion (docket no. 5 at 13-38), are APPROVED. This case is hereby DISMISSED with prejudice and without costs. In the event, however, that the settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order. The Clerk shall send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 5th day of March, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 1